IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JOSE C. DEHOYOS, <br> EVA PEREZ-DEHOYOS, <br> GEORGIA HARRISON, <br> CHARLES WHITE, <br> SHERYL H. FRANKS, and <br> MARTEL SHAW, Individually and on <br> Behalf of Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> ALLSTATE CORPORATION, <br> ALLSTATE INSURANCE COMPANY, <br> ALLSTATE TEXAS LLOYD'S and <br> ALLSTATE INDEMNITY COMPANY, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. SA-01-CA-1010-FB <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### JOINT REPORT ON SETTLEMENT AND ADR AND
### REQUEST FOR ADDITIONAL TIME TO COMPLY WITH SCHEDULING ORDER

Pursuant to Rule CV-88 (b) of the Local Rules of the United States District Court for the Western District of Texas and the Court's Scheduling Order, the parties, by and through their respective designated local counsel, submit the following report on the status of settlement negotiations and alternative dispute resolution, as well as request for additional time to comply with item 2 of the Court's July 1, 2004, scheduling order.

1.  **Status of Settlement Negotiations.** The parties have engaged in settlement negotiations and those negotiations are continuing. The parties are mindful of item #2 of this Court's order requiring the exchange of written offers of settlement by October 1, 2004. The parties, however, require additional time to engage in further

AUS01:360918.1



negotiations in order to be in a position to exchange meaningful written offers of settlement. The parties fully intend on engaging in such continued negotiations in an expedient manner, and agree to report to the Court within 30 days (or whenever the court desires) on the progress of these further negotiations and the anticipated time frame in which the parties could exchange written offers of settlement.

    2.    Person Responsible for Negotiations. The person responsible for handling settlement negotiations on behalf of Plaintiffs is Christa Collins. The person responsible for handling settlement negotiations on behalf of Defendants is Jeffrey Lennard.

    3.    ADR. The parties are continuing to explore whether alternative dispute resolution is appropriate at this time.

    4.    Certification of Counsel. Counsel for the parties certifies that each has informed his respective clients of the ADR procedures available in this District.

    5.    Certification of Conference. Counsel for the parties conferred regarding this report on September 29 and 30, 2004.

    Respectfully submitted,

BAKER BOTTS L.L.P.

By: _____
Kevin M. Sadler
State Bar Number 17512450
98 San Jacinto Blvd., Suite 1500
Austin, Texas 78701
512.322.2500 (telephone)
512.322.2501 (facsimile)

AUS01:360918.1

ATTORNEYS FOR DEFENDANT
ALLSTATE CORPORATION
ALLSTATE INSURANCE COMPANY
ALLSTATE TEXAS LLOYD'S AND
ALLSTATE INDEMNITY COMPANY

Respectfully submitted,

TINSMAN, SCOTT & SCIANO, INC.

By: *Richard Tinsman* (signature)

Richard Tinsman
State Bar Number 20064000
700 North St. Mary's Street
14th Floor
One Riverwalk Place
San Antonio, Texas 78205-3511
210-225-3121 (telephone)
210-225-6235 (facsimile)

ATTORNEYS FOR PLAINTIFFS
JOSE C. DEHOYOS
EVA PEREZ-DEHOYOS
GEORGIA HARRISON
CHARLES WHITE
SHERYL H. FRANKS, and
MARTEL SHAW

AUS01:360918.1